UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RANDAL TOCA,

    Plaintiff,

v.

DEBONAIR PROPERTIES LLC,
TED HOBSON,

    Defendants.

Case No. 2:23-cv-303-KCD

## ORDER

The parties' mediation ended in an impasse, and they now ask the Court to refer this action to another mediation before a United States Magistrate Judge. (Doc. 87.)

The local rules envision that "a qualified and neutral lawyer" will preside over mediation. M.D. Local R. 4.01. The parties have not presented any compelling or extraordinary circumstances to dispense with this requirement. The only substantive argument offered is that they "believe . . . another attempt at mediation may be successful." (Doc. 87 at 1.) Even if true, the Court does not have the resources to preside over every case *and* act as a neutral arbiter. Absent some special circumstances, which have not been raised or offered here, the motion (Doc. 87) is **DENIED**.

To the extent the parties are concerned about cost, they can seek relief under Local Rule 4.02(e).

**ORDERED** in Fort Myers, Florida on August 18, 2025.

                                                Kyle C. Dudek
                                                United States Magistrate Judge